# Court of Appeals
# of the State of Georgia

ATLANTA, _November 20, 2013_

*The Court of Appeals hereby passes the following order:*

**A14D0110. MARC WASHINGTON v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

Pro se plaintiff Marc Washington filed what appears to be a declaratory judgment action against numerous defendants, including Federal National Mortgage Association. By order entered September 30, 2013, the trial court dismissed the action. Washington then filed this discretionary application seeking to appeal this ruling.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." OCGA § 5-6-34 (a) (1). It does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies here. Moreover, the trial court's dismissal of Washington's complaint constituted a final judgment.

This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j) if the order is subject to direct appeal and the applicant has not timely filed a notice of appeal. As it does not appear that Washington has filed a notice of appeal, this application is hereby GRANTED. Washington shall have ten days from the date of this order to file a notice of appeal with the trial court. The trial court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _11/20/2013_
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ Stephen E. Castlen _____ , *Clerk.*